UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 FEB 11 AM 11 28
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | |
|---|---|
| MICHAEL HUERTA, Administrator,<br>Federal Aviation Administration,<br>    Petitioner,<br><br>v.<br><br>AUSTIN HAUGHWOUT and<br>BRET HAUGHWOUT,<br>    Respondents. | Case No. 3:16mc20(JAM)<br><br><br><br><br><br><br>February 11, 2016 |

**PETITION FOR ENFORCEMENT OF ADMINISTRATIVE SUBPOENA**

The petitioner, Michael Huerta, Administrator, Federal Aviation Administration ("FAA"), through undersigned counsel, respectfully petitions this court for the enforcement of two administrative subpoenas served upon the respondents, Austin Haughwout and Bret Haughwout. The FAA's subpoenas commanded the respondents to appear for depositions in New Haven, Connecticut, and also sought the production of certain documents by the respondents at those depositions. The respondents failed to comply with the FAA's subpoenas, neither appearing for their scheduled depositions nor producing the requested documents.

In support of this petition, the FAA submits the attached memorandum of law, the Declaration of Brendan A. Kelly, an attorney with the FAA's Office of the Chief Counsel, Enforcement Division, and a proposed order to show cause. As set forth in greater detail in those papers, the FAA properly issued the administrative subpoenas to the respondents in connection with an ongoing FAA investigation, and there is no just reason for the respondents' noncompliance.

WHEREFORE, the petitioner respectfully urges the court to summarily enforce the FAA's administrative subpoenas.

Respectfully submitted,

DEIRDRE M. DALY
United States Attorney

_____
John W. Larson (ct28797)
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Fax: 203-773-5373
john.larson@usdoj.gov