UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 FEB 11  AM 11 28
U.S. DISTRICT COURT
NEW HAVEN, CT.

MICHAEL HUERTA, Administrator,
Federal Aviation Administration,
    Petitioner,

v.

AUSTIN HAUGHWOUT and
BRET HAUGHWOUT,
    Respondents.

Case No. 3:16mc20(JAM)

## DECLARATION OF BRENDAN A. KELLY

I, Brendan A. Kelly, do declare and say as follows:

1. I make this Declaration in support of the Petition for Enforcement of Administrative Subpoena brought by the petitioner, Michael Huerta, Administrator, Federal Aviation Administration ("FAA"), in the above-captioned case.

2. I am employed as a Managing Attorney in the Enforcement Division of the FAA's Office of the Chief Counsel. As a Managing Attorney, my responsibilities include oversight of enforcement proceedings relating to activities under the authority of the FAA as well as investigations into such activities prior to the commencement of enforcement proceedings. I have supervised and continue to supervise the FAA's investigation into the use of unmanned aircraft systems (UAS) by either or both of the respondents in this case, Austin Haughwout and Bret Haughwout.

3. Sometime in the summer of 2015, the FAA became aware of a video uploaded to YouTube titled "Flying Gun," in which a handgun is shown to have been attached to a UAS and is fired (apparently remotely) while the UAS is in flight.

well as depositions of the respondents, but compelling compliance at the United States Attorney's Office in New Haven, Connecticut on December 7, 2015. True and accurate copies of the November 24, 2015 subpoenas along with the cover letters thereto are attached hereto as **Exhibits 4** and **5**.

8. On November 30, 2015, Attorney Zappala spoke again with Bret Haughwout, who indicated once more that neither he nor his son would comply with the FAA's subpoenas or appear for the depositions scheduled for December 7, 2015.

9. The respondents did not appear at the United States Attorney's Office in New Haven, Connecticut, on December 7, 2015, and no deposition was convened at that time.

10. On or about December 9, 2015, the FAA became aware of a second video uploaded to the same YouTube channel, this one titled "Roasting the Holiday Turkey," in which a flamethrower is shown to have been attached to a UAS and is burning a turkey on a spit suspended over a fire while the UAS is in flight.

11. The FAA subsequently expanded its investigation to include the UAS shown in the second video and issued two additional subpoenas dated December 17, 2015 (the "Subpoenas," copies of which are attached hereto as **Exhibits 6** and **7**). The Subpoenas were delivered to the respondents by Federal Express to their home in Clinton, Connecticut, on December 18, 2015.

12. The Subpoenas commanded the respondents' appearances at the United States Attorney's Office in New Haven, Connecticut, on January 8, 2016, and sought certain production from the respondents covering a two-year period and involving their

use of UAS, including but not limited to the UAS shown in the "Flying Gun" and "Roasting the Holiday Turkey" videos.

13. The information requested by the Subpoenas is relevant to the FAA's investigation into the use of UAS by either or both respondents, and none of the requested material already is in the possession of the FAA.

14. On January 8, 2016, Judith Vaughan, an attorney in my office, convened the depositions of Bret Haughwout and Austin Haughwout, neither of whom appeared. True and accurate copies of the transcripts of those depositions are attached as **Exhibits 8** and **9**, respectively.

15. The respondents have not contacted the FAA since service of the Subpoenas, they have not produced any documents in response to the Subpoenas, they have otherwise failed to comply with the Subpoenas, and they have offered no explanation for their noncompliance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on ___10 February___, 2016.

Brendan A. Kelly

4