# EXHIBIT 1

UNITED STATES OF AMERICA
### DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Austin Haughwout

 7 Egypt Lane, Clinton, CT  06413

At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  Federal Aviation Administration, New England Regional Office,

12 New England Executive Park, Third Floor

in the city of  Burlington, MA  01803

on the  30th  day of  November  , 20 15 , at  11:00  o'clock  A.  M. of

that day, to testify in the Matter of  Austin Haughwout

And you are hereby required to bring with you and produce at said time and place the following books, papers, documents, and records:

See Attachment 1

Fail not at your peril.

IN TESTIMONY WHEREOF, the undersigned, an officer designated by the Administrator of the Federal Aviation Administration, has hereunto set his hand at  Washington, DC

this  5th  day of  November  20 15 .

Peter J. Lynch, Assistant Chief Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this* subpoena *should* accompany voucher

# ATTACHMENT 1

**For the period October 1, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and/or contracts, related in any manner to:

1. Your use of an unmanned aircraft system (UAS).

2. The purchase and use of a firearm in conjunction with a UAS.

3. The date, time and location of any and all aerial photographic and/or videographic projects conducted by you using a UAS.

4. Profit or compensation obtained from posting video(s) to YouTube (www.youtube.com) involving a UAS.

5. Aerial photographic and/or videographic products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

1

# EXHIBIT 2

UNITED STATES OF AMERICA
## DEPARTMENT OF TRANSPORTATION
### FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Bret A. Haughwout

    7 Egypt Lane, Clinton, CT  06413

    At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at   Federal Aviation Administration, New England Regional Office,

12 New England Executive Park, Third Floor

in the city of  Burlington, MA  01803

on the  30th  day of  November  , 20 15 , at  9:00  o'clock  A. M. of

that day, to testify in the Matter of  Bret A. Haughwout

    And you are hereby required to bring with you and produce at said time and place the following books, papers, documents, and records:

        See Attachment 1

Fail not at your peril.

        IN TESTIMONY WHEREOF, the undersigned, an officer designated by the Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Washington, DC

this  5th  day of  November  , 20 15

        Peter J. Lynch, Assistant Chief Counsel

**NOTICE TO WITNESS:** If claim is made for witness fee or mileage, *this* subpoena *should* accompany voucher

FAA Form 21 50-1 (12-66) SUPERSEDES FAA FORM 2981

# ATTACHMENT 1

**For the period October 1, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and/or contracts, related in any manner to:

1. Your use of an unmanned aircraft system (UAS).

2. The purchase and use of a firearm in conjunction with a UAS.

3. The date, time and location of any and all aerial photographic and/or videographic projects conducted by you using a UAS.

4. Profit or compensation obtained from posting video(s) to YouTube (www.youtube.com) involving a UAS.

5. Aerial photographic and/or videographic products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

# EXHIBIT 3

**From:** Haughwout, Bret [mailto:bret.haughwout@yale.edu]
**Sent:** Thursday, November 12, 2015 2:10 PM
**To:** Zappala, Matthew (FAA); Kelly, Brendan (FAA)
**Cc:** Austin Haughwout (austinhaughwout@gmail.com)
**Subject:** Follow up to telephone conversations


Dear Mr. Kelly & Mr. Zappala,

In follow up to my conversations with Mr. Kelly on 11/10 and Mr. Zappala on 11/12, I send this email and the attachment for your review and comment.

From what I've been advised, if the FAA wants to investigate someone, the first step is to send a (LOI) Letter of Investigation.  This letter is to include the particular reason(s) for the investigation, meaning the alleged violations.  My son had received a LOI letter, but it did not indicate any alleged violation(s).  I have not received a LOI letter.

While this does not seem to be a hard rule, The order says that inspectors should strive to complete an investigation and the related Enforcement Investigative Report (EIR) within 75 days of the date that the FAA learned of the apparent violation".  We are at 150 days from the FAA becoming aware of this matter.

In our phone conversations, when asked about alleged violations of any FAA rules or regulations, both of you have repeatedly  stated that there is no allegation of a violation, so then what is being investigated?

Pursuant to USC 42 § 46104, while the FAA may issue an administrative subpoena, without a court order to enforce the administrative subpoena, it carries no weight in law. This is done to ensure that

# EXHIBIT 4



U.S. Department
of Transportation

**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington, MA 01803

FEDERAL EXPRESS

November 24, 2015

Austin Haughwout
7 Egypt Lane
Clinton, CT 06413

Re: Austin Haughwout Subpoena

Dear Mr. Haughwout:

The previously issued FAA subpoena, requiring your appearance in Burlington, Massachusetts on November 30, 2015, is cancelled. Enclosed please find a new subpoena with regard to the above-referenced matter. Please call upon receipt of this letter at (781) 238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
For Enforcement

By: _____

Matthew J. Zappala
Attorney
Enforcement Division, Northeast Team
12 New England Executive Park
Burlington, MA 01803
email: matthew.zappala@faa.gov
Telephone:      (781) 238-7046 (direct)
                (781) 238-7055 (fax)

UNITED STATES OF AMERICA
## DEPARTMENT OF TRANSPORTATION
### FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Austin Haughwout

7 Egypt Lane, Clinton, CT  06413

At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut,

157 Chruch Street, 25th Floor

in the city of  New Haven, CT 06510

on the  7th  day of  December , 20 15 , at  11:00  o'clock  A.  M. of

that day, to testify in the Matter of  Austin Haughwout

And you are hereby required to bring with you and produce at said time and place the following books, papers, documents, and records:

See Attachment I

Fail not at your peril.

IN TESTIMONY WHEREOF, the undersigned, an officer designated by the Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Washington, DC

this  24th  day of  November , 20 15

Peter J. Lynch, Assistant Chief Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this* subpoena *should* accompany voucher

FAA Form 21 50-1 (12-66) SUPERSEDES FAA FORM 2981

subpoenas are not frivolous and that their scope of requested documents and/or persons is limited to only that which the requesting party is entitled to. In the immediate case if there is no alleged violation for which I, my son, or any of our collective documents is material to, the subpoena is inherently frivolous and any documents requested would thus be outside the scope of what the FAA is entitled to receive. Further, neither I, nor my son, are able to file motions with the court to squash the subpoena unless it has been ordered by a court.

In regard to the requested documentation in the FAA subpoena received, during the initial investigatory stage, the FAA is only entitled to records that are required by the FARs to be kept. Additional documentation can be requested in discovery if the matter is litigated.

Aside from the above, the most significant issue at hand is that the FAA has no authority over model aircraft. H.R. 658, also known as the "FAA Modernization & Reform Act of 2012", signed into law on 2/14/12, specifically exempts model aircraft from any UAS regulations established by the FAA. If you feel that new legislation has passed since 2/14/12 that brings model aircraft under the jurisdiction of the FAA, than please forward that information related to the new legislation to me.

As I said in our conversation, I do not intend to make this process difficult for you or I, but as far as I can tell, appearing under the administrative subpoena is consenting to a search of any documents I provide. I have been advised by legal counsel relating to this matter to not consent to any searches. If the FAA can obtain a proper subpoena on legal grounds asserting a reasonable belief of an alleged violation and that the specific requested documents contain material evidence of that alleged violation, I will comply to the extent required by law.

I look forward to your reply. Hopefully we may put this matter to rest and each get on to more important things in our work and our lives.

Sincerely,

Bret Haughwout

# ATTACHMENT 1

**For the period October 1, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and/or contracts, related in any manner to:

1. Your use of an unmanned aircraft system (UAS).

2. The purchase and use of a firearm in conjunction with a UAS.

3. The date, time and location of any and all aerial photographic and/or videographic projects conducted by you using a UAS.

4. Profit or compensation obtained from posting video(s) to YouTube (www.youtube.com) involving a UAS.

5. Aerial photographic and/or videographic products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

# EXHIBIT 5



U.S. Department
of Transportation

**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington, MA 01803

FEDERAL EXPRESS

November 24, 2015

Bret Haughwout
7 Egypt Lane
Clinton, CT  06413

Re:  Bret Haughwout Subpoena

Dear Mr. Haughwout:

The previously issued FAA subpoena, requiring your appearance in Burlington,
Massachusetts on November 30, 2015, is cancelled. Enclosed please find a new subpoena
with regard to the above-referenced matter.  Please call upon receipt of this letter at (781)
238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent
with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
 For Enforcement

By: _____

Matthew J. Zappala
Attorney
Enforcement Division, Northeast Team
12 New England Executive Park
Burlington, MA 01803
email:  matthew.zappala@faa.gov
Telephone:     (781) 238-7046 (direct)
                        (781) 238-7055 (fax)

UNITED STATES OF AMERICA
## DEPARTMENT OF TRANSPORTATION
### FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Bret A. Haughwout

    7 Egypt Lane, Clinton, CT  06413

    At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut

157 Church Street, 25th Floor

in the city of  New Haven, CT  06510

on the  7th  day of  December , 20 15 , at  10:00  o'clock  A.  M. of

that day, to testify in the Matter of  Bret A. Haughwout

    And you are hereby required to bring with you and produce at said time and place the following books, papers, documents, and records:

                See Attachment 1

Fail not at your peril.

    IN TESTIMONY WHEREOF, the undersigned, an officer designated by the Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Washington, DC

this  24th  day of  November , 20 15

Peter J. Lynch, Assistant Chief Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this subpoena should accompany voucher*

FAA Form 21 50-1 (12-66) SUPERSEDES FAA FORM 2981

# ATTACHMENT 1

**For the period October 1, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and/or contracts, related in any manner to:

1. Your use of an unmanned aircraft system (UAS).

2. The purchase and use of a firearm in conjunction with a UAS.

3. The date, time and location of any and all aerial photographic and/or videographic projects conducted by you using a UAS.

4. Profit or compensation obtained from posting video(s) to YouTube (www.youtube.com) involving a UAS.

5. Aerial photographic and/or videographic products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

1

# EXHIBIT 6



U.S. Department
of Transportation

**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington, MA 01803

FEDERAL EXPRESS

December 17, 2015

Austin Haughwout
7 Egypt Lane
Clinton, CT  06413

Re:  Austin Haughwout Subpoena

Dear Mr. Haughwout:

Enclosed please find a subpoena with regard to the above-referenced matter.  Please call
upon receipt of this letter at (781) 238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent
with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
 For Enforcement


By: _____
Matthew J. Zappala
Attorney
Enforcement Division, Northeast Team
12 New England Executive Park
Burlington, MA 01803
email:  matthew.zappala@faa.gov
Telephone:    (781) 238-7046 (direct)
                     (781) 238-7055 (fax)

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Austin Haughwout

   7 Egypt Lane, Clinton, CT 06413

   At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut,

157 Church Street, 25th Floor

in the city of  New Haven, CT 06510

on the  8th  day of  January  , 20 16 , at  11:00  o'clock  A.  M. of

that day, to testify in the Matter of  Austin Haughwout

   And you are hereby required to bring with you and produce at said time and place the following
books, papers, documents, and records:

                              See Attachment I

   Fail not at your peril.

                    IN TESTIMONY WHEREOF, the undersigned, an officer designated by the
                    Administrator of the Federal Aviation Administration, has hereunto set his

                    hand at  Washington, DC

                    this  17 th  day of  December  , 20 15

                                   Peter J. Lynch, Assistant Chief Counsel

   NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this subpoena should* accompany voucher

FAA Form 21 50-1 (12-86) SUPERSEDES FAA FORM 2981

# ATTACHMENT 1

**For the period December 17, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, reports, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and / or contracts related in any manner to:

1. The use of an unmanned aircraft system (UAS).

2. The purchase and/or use of a flamethrower in conjunction with a UAS.

3. Internet-based advertisement revenues and/or other compensation obtained by you associated with uploading and/or posting UAS content to www.YouTube.com and/or other video sharing websites.

4. The date and time of any aerial photographic and/or videography projects conducted by you, using a UAS.

5. Aerial photographic and/or videography products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

7. The name, address, telephone number(s), email address(es), and other contact information available of all person(s) present during the production of the following YouTube videos published to the account "Hogwit":

   a. "Flying Gun" published to YouTube on or about July 10, 2015; and

   b. "Roasting the Holiday Turkey" published to YouTube on or about December 7, 2015.

1

# EXHIBIT 7



U.S. Department
of Transportation

**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington, MA 01803

FEDERAL EXPRESS

December 17, 2015

Bret Haughwout
7 Egypt Lane
Clinton, CT  06413

Re:  Bret Haughwout Subpoena

Dear Mr. Haughwout:

Enclosed please find a subpoena with regard to the above-referenced matter.  Please call
upon receipt of this letter at (781) 238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent
with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
 For Enforcement

By: _____
    Matthew J. Zappala
    Attorney
    Enforcement Division, Northeast Team
    12 New England Executive Park
    Burlington, MA 01803
    email:  matthew.zappala@faa.gov
    Telephone:    (781) 238-7046 (direct)
                  (781) 238-7055 (fax)

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Bret A. Haughwout

   7 Egypt Lane, Clinton, CT 06413

   At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut

157 Church Street, 25th Floor

in the city of  New Haven, CT 06510

on the  8th  day of  January  , 20 16 , at  10:00  o'clock  A.  M. of

that day, to testify in the Matter of  Bret A. Haughwout

   And you are hereby required to bring with you and produce at said time and place the following
books, papers, documents, and records:

                    See Attachment 1

   Fail not at your peril.

               IN TESTIMONY WHEREOF, the undersigned, an officer designated by the
            Administration of the Federal Aviation Administration, has hereunto set his

            hand at  Washington, DC

            this    17th    day of  December  , 20 15

                              Peter J. Lynch, Assistant Chief Counsel

   NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this* subpoena *should* accompany voucher

FAA Form 21 50-1 (12-66) SUPERSEDES FAA FORM 2091

# ATTACHMENT 1

**For the period December 17, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, reports, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and / or contracts related in any manner to:

1. The use of an unmanned aircraft system (UAS).

2. The purchase and/or use of a flamethrower in conjunction with a UAS.

3. Internet-based advertisement revenues and/or other compensation obtained by you associated with uploading and/or posting UAS content to www.YouTube.com and/or other video sharing websites.

4. The date and time of any aerial photographic and/or videography projects conducted by you, using a UAS.

5. Aerial photographic and/or videography products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

7. The name, address, telephone number(s), email address(es), and other contact information available of all person(s) present during the production of the following YouTube videos published to the account "Hogwit":

   a. "Flying Gun" published to YouTube on or about July 10, 2015; and

   b. "Roasting the Holiday Turkey" published to YouTube on or about December 7, 2015.

# EXHIBIT 8

ORIGINAL   1

FEDERAL AVIATION ADMINISTRATION

IN RE:  BRET A. HAUGHWOUT AND
        AUSTIN HAUGHWOUT

                          NO. 2015EA630033

Statement of Counsel Regarding the Deposition of BRET HAUGHWOUT, taken at the United States Attorney's Office, 157 Church Street, 25th Floor, New Haven, Connecticut, by Sabina Lohr, Registered Professional Reporter and Notary Public in and for the State of Connecticut, on January 8, 2016, at 10:33 a.m.

SABINA LOHR
LSR #0000131

DEL VECCHIO REPORTING SERVICES, L.L.C.
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
(203) 245-9583        (800) 839-6867
FAX (203) 245-2760

HARTFORD              NEW HAVEN              STAMFORD

— Del Vecchio Reporting Services —

```
 1   APPEARANCES:

 2      ON BEHALF OF THE FEDERAL AVIATION ADMINISTRATION:

 3      JUDITH VAUGHAN, ESQUIRE
        FEDERAL AVIATION ADMINISTRATION
 4      OFFICE OF REGIONAL COUNSEL
        EASTERN REGION
 5      1 AVIATION PLAZA
        ROOM 561
 6      JAMAICA, NEW YORK 11434

 7
        ON BEHALF OF THE UNITED STATES ATTORNEY'S OFFICE:
 8
        JOHN W. LARSON, ESQUIRE
 9      UNITED STATES ATTORNEY'S OFFICE
        157 CHURCH STREET
10      25TH FLOOR
        NEW HAVEN, CONNECTICUT 06510
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           (Exhibits A and B were marked for

2               identification.)

3

4       (A discussion was held off the record.)

5

6           MS. VAUGHAN:  My name is Judith Vaughan,

7   V-a-u-g-h-a-n, from the Federal Aviation Administration.

8   I'm the attorney with the Northeast Team.  We are here

9   for the purposes of conducting a deposition for Bret

10  Haughwout, H-a-u-g-w-o-u-t.

11          I've marked already as Exhibit A a subpoena

12  that was served upon Bret Haughwout.  It's dated

13  December 17 of 2015.  It required Mr. Haughwout to be

14  present at 157 Church Street, the 25th floor, in New

15  Haven, Connecticut today, which is January 8, at 10:00

16  a.m.  It is now 10:34 a.m.  Mr. Haughwout is not

17  present.

18          I'm going to -- also which is marked for

19  Exhibit B, a receipt showing that the subpoena was

20  delivered to Mr. Haughwout.  It was delivered by Federal

21  Express.  He received it on December 18, 2015.  And we

22  can go off the record at this point.

23      (THEREUPON, THE STATEMENT CONCLUDED AT 10:34 A.M.)

24

25

—— Del Vecchio Reporting Services ——

C E R T I F I C A T E

I hereby certify that I am a Notary Public in, and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the statement of counsel was taken by me stenographically in the presence of counsel and reduced to typewriting by me, and the foregoing is a true and accurate transcript of the statement.

I further certify that I am neither of counsel nor attorney to either of the parties to said matter, nor am I an employee of either party to said matter, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand as Notary Public this 10th day of January, 2016.

_____
Sabina Lohr
Notary Public

License #0000131
My License Expires December 31, 2016
My Notary Certification Expires July 31, 2017

— Del Vecchio Reporting Services —

5

1                              INDEX

2

3    EXHIBITS                                          PAGE

4    EXHIBIT A - SUBPOENA                                3

5    EXHIBIT B - FED EX RECEIPT                          3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT

A



U.S. Department
of Transportation

Office of the Chief Counsel

**Federal Aviation
Administration**

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington, MA 01803

<u>FEDERAL EXPRESS</u> ( 8037 8544 9711 )

December 17, 2015

Bret Haughwout
7 Egypt Lane
Clinton, CT  06413

Re:  <u>Bret Haughwout Subpoena</u>

Dear Mr. Haughwout:

Enclosed please find a subpoena with regard to the above-referenced matter.  Please call
upon receipt of this letter at (781) 238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent
with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
 For Enforcement

By: _____

Matthew J. Zappala
Attorney
Enforcement Division, Northeast Team
12 New England Executive Park
Burlington, MA 01803
email: <u>matthew.zappala@faa.gov</u>
Telephone:    (781) 238-7046 (direct)
              (781) 238-7055 (fax)

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Bret A. Haughwout

  7 Egypt Lane, Clinton, CT  06413

  At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement . or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut

157 Church Street, 25th Floor

in the city of  New Haven, CT  06510

on the  8th  day of  January  20 16  at  10:00  o'clock  A.  M. of

that day, to testify in the Matter of  Bret A. Haughwout

  And you are hereby required to bring with you and produce at said time and place the following
books, papers, documents, and records:

See Attachment 1

  Fail not at your peril.

  IN TESTIMONY WHEREOF, the undersigned, an officer designated by the
Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Washington, DC

this  17th  day of  December  20 15

Peter J. Lynch, Assistant Chief Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, this subpoena should accompany voucher

FAA Form 21 50-1 (10/99) SUPERSEDES FAA FORM 2151

## ATTACHMENT 1

**For the period December 17, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, reports, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and / or contracts related in any manner to:

1. The use of an unmanned aircraft system (UAS).

2. The purchase and/or use of a flamethrower in conjunction with a UAS.

3. Internet-based advertisement revenues and/or other compensation obtained by you associated with uploading and/or posting UAS content to www.YouTube.com and/or other video sharing websites.

4. The date and time of any aerial photographic and/or videography projects conducted by you, using a UAS.

5. Aerial photographic and/or videography products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

7. The name, address, telephone number(s), email address(es), and other contact information available of all person(s) present during the production of the following YouTube videos published to the account "Hogwit":

   a. "Flying Gun" published to YouTube on or about July 10, 2015; and

   b. "Roasting the Holiday Turkey" published to YouTube on or about December 7, 2015.

Track your package or shipment with FedEx Tracking

My Profile    Support    Locations    English    Search  Subi

**FedEx**    Ship    Track    Manage    Learn    FedEx Office ®    Login

## FedEx ® Tracking

**803785449711**

| | |
|---|---|
| Ship date | Actual delivery |
| **Thu 12/17/2015** | **Fri 12/18/2015 11:43 am** |
| BUR US | **Delivered** | CT US |
| | Signature not required | |

PENGAD 800-631-6989    **EXHIBIT**    B

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▪ 12/18/2015 - Friday | | |
| 11:43 am | Delivered | CT |
| | Left at front door  Package delivered to recipient address - release authorized | |
| 9:12 am | On FedEx vehicle for delivery | NORTH HAVEN CT |
| 9:05 am | At local FedEx facility | NORTH HAVEN CT |
| 4:19 am | Departed FedEx location | NEWARK NJ |
| 12:03 am | Arrived at FedEx location | NEWARK NJ |
| ▪ 12/17/2015 - Thursday | | |
| 3:47 pm | Picked up | JAMAICA NY |

### Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 803785449711 | **Service** | FedEx Standard Overnight |
| **Delivered To** | Residence | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday  Residential Delivery | | |

Search  Subn

**FedEx.**    United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016

Global Home  |  Site Map  |  fedex.com Terms of Use  |  Security and Privacy

# EXHIBIT 9

ORIGINAL

1

1

2

3                 FEDERAL AVIATION ADMINISTRATION

4

5    IN RE:   BRET A. HAUGHWOUT AND
                AUSTIN HAUGHWOUT

6
                               NO. 2015EA630033

7

8

9

10

11

12        Statement of Counsel Regarding the Deposition of

13    AUSTIN HAUGHWOUT, taken at the United States

14    Attorney's Office, 157 Church Street, 25th Floor, New

15    Haven, Connecticut, by Sabina Lohr, Registered

16    Professional Reporter and Notary Public in and for

17    the State of Connecticut, on January 8, 2016, at

18    11:22 a.m.

19

20                      SABINA LOHR
                        LSR #0000131

21

22         DEL VECCHIO REPORTING SERVICES, L.L.C.
              PROFESSIONAL SHORTHAND REPORTERS

23                     117 RANDI DRIVE
                     MADISON, CT 06443

24        (203) 245-9583         (800) 839-6867
                    FAX (203) 245-2760

25
     HARTFORD              NEW HAVEN              STAMFORD

                — Del Vecchio Reporting Services —

2

1    APPEARANCES:

2       ON BEHALF OF THE FEDERAL AVIATION ADMINISTRATION:

3       JUDITH VAUGHAN, ESQUIRE
        FEDERAL AVIATION ADMINISTRATION
4       OFFICE OF REGIONAL COUNSEL
        EASTERN REGION
5       1 AVIATION PLAZA
        ROOM 561
6       JAMAICA, NEW YORK 11434

7

        ON BEHALF OF THE UNITED STATES ATTORNEY'S OFFICE:
8
        JOHN W. LARSON, ESQUIRE
9       UNITED STATES ATTORNEY'S OFFICE
        157 CHURCH STREET
10      25TH FLOOR
        NEW HAVEN, CONNECTICUT 06510
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Exhibits C through E were marked for

2          identification.)

3

4     (A discussion was held off the record.)

5

6          MS. VAUGHAN:  My name is Judith Vaughan.

7 I'm an attorney with the Federal Aviation Administration

8 based in New York, with the Northeast Team.  We're here

9 in -- for a deposition of Austin Haughwout.  Austin's

10 last name is spelled H-a-u-g-h-w-o-u-t.  This is in

11 reference to Docket Number 2015EA630033.

12          Mr. Austin Haughwout was served with a

13 deposition by the Federal Aviation Administration on

14 December 17, 2015.  He was served by Federal Express.

15 I'm marking a copy of the subpoena as Exhibit C.  The

16 notice of -- the subpoena notice required that he report

17 to 157 Church Street on the 25th floor, New Haven,

18 Connecticut on the 8th of January, 2016, which is today,

19 at 11:00 a.m.  It is now 11:23 a.m. and Mr. Haughwout

20 has not appeared.

21          I'm also going to mark Exhibit D.  It's a

22 Fed Ex tracking receipt, which showed that Mr.

23 Haughwout's subpoena was served upon him on December 18,

24 2015.  It was delivered.  And the last thing I'm going

25 to mark as Exhibit E is just a copy of original Fed Ex

1   air bills for Mr. Austin Haughwout and also Mr. Bret

2   Haughwout.  And it has -- showing the numbers related to

3   the subpoenas that were served upon them.

4              I've received no notice or notification

5   from my office that either Mr. Austin or Mr. Bret

6   Haughwout have contacted the office asking for a

7   continuance.  And they have not showed at this point in

8   time.

9              Thank you.  Off the record.

10  (THEREUPON, THE STATEMENT CONCLUDED AT 11:24 A.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  C E R T I F I C A T E.

 2          I hereby certify that I am a Notary Public in,

 3   and for the State of Connecticut, duly commissioned and

 4   qualified to administer oaths.

 5          I further certify that the statement of counsel

 6   was taken by me stenographically in the presence of

 7   counsel and reduced to typewriting by me, and the

 8   foregoing is a true and accurate transcript of the

 9   statement.

10          I further certify that I am neither of counsel

11   nor attorney to either of the parties to said matter,

12   nor am I an employee of either party to said matter, nor

13   of either counsel in said suit, nor am I interested in

14   the outcome of said cause.

15          Witness my hand as Notary Public this 10th day

16   of January, 2016.

17

18

19

20

21

22

23                             Sabina Lohr
                               Notary Public

24   License #0000131
     My License Expires December 31, 2016
25   My Notary Certification Expires July 31, 2017
```

Del Vecchio Reporting Services

6

1                                    INDEX

2

3    EXHIBITS                                        PAGE

4    EXHIBIT C - SUBPOENA                               3

5    EXHIBIT D - FED EX RECEIPT                         3

6    EXHIBIT E - FED EX AIRBILLS                        3

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





**U.S. Department
of Transportation**

**Federal Aviation
Administration**

Office of the Chief Counsel

Enforcement Division
Northeast Team
12 New England Executive Park
Burlington  MA 01803

FEDERAL EXPRESS *(8039  8544  9046)*

December 17, 2015

Austin Haughwout
7 Egypt Lane
Clinton, CT  06413

Re:  Austin Haughwout Subpoena

Dear Mr. Haughwout:

Enclosed please find a subpoena with regard to the above-referenced matter.  Please call
upon receipt of this letter at (781) 238-7046.

Please note that the Agency will pay the transportation costs for your appearance, consistent
with applicable Federal rules and statutes.

Peter J. Lynch
Assistant Chief Counsel
 For Enforcement

By: _____

Matthew J. Zappala
Attorney
Enforcement Division, Northeast Team
12 New England Executive Park
Burlington, MA 01803
email:  matthew.zappala@faa.gov
Telephone:     (781) 238-7046 (direct)
                        (781) 238-7055 (fax)

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

# SUBPOENA

To  Austin Haughwout

    7 Egypt Lane, Clinton, CT 06413

    At the instance of the  Federal Aviation Administration

you are hereby required to appear before  Peter J. Lynch, Assistant Chief Counsel for Enforcement , or his designee

of the Federal Aviation Administration, at  United States Attorney's Office, District of Connecticut,

157 Church Street, 25th Floor

in the city of  New Haven, CT 06510

on the _____ 8th _____ day of  January _____ 20 16 , at  11:00 _____ o'clock  A.  M. of

that day, to testify in the Matter of  Austin Haughwout

    And you are hereby required to bring with you and produce at said time and place the following
books, papers, documents, and records:

            See Attachment 1

Fail not at your peril.

    IN TESTIMONY WHEREOF, the undersigned, an officer designated by the
Administrator of the Federal Aviation Administration, has hereunto set his

hand at  Washington, DC

this _____ 12th _____ day of  December _____ 20 15

                    Peter J. Lynch, Assistant Chief Counsel

NOTICE TO WITNESS: If claim is made for witness fee or mileage, *this subpoena should accompany voucher*

FAA Form 21 60-1 (12-69) SUPERSEDES FAA FORM 1881

## ATTACHMENT 1

**For the period December 17, 2013 to the present:**

Any and all records or reports in your custody or control, including, but not limited to, design plans, e-mails, correspondence, notes, reports, documents, photographs, videos, statements, receipts, invoices, estimates, records of payment, proposals, agreements, and / or contracts related in any manner to:

1. The use of an unmanned aircraft system (UAS).

2. The purchase and/or use of a flamethrower in conjunction with a UAS.

3. Internet-based advertisement revenues and/or other compensation obtained by you associated with uploading and/or posting UAS content to www.YouTube.com and/or other video sharing websites.

4. The date and time of any aerial photographic and/or videography projects conducted by you, using a UAS.

5. Aerial photographic and/or videography products and/or materials and records obtained through the use or assistance of a UAS relating to any property, building, and/or site.

6. The brand, model, description, and other identifying data concerning the UAS used for any operation identified in relation to the paragraphs set forth above.

7. The name, address, telephone number(s), email address(es), and other contact information available of all person(s) present during the production of the following YouTube videos published to the account "Hogwit":

   a. "Flying Gun" published to YouTube on or about July 10, 2015; and

   b. "Roasting the Holiday Turkey" published to YouTube on or about December 7, 2015.

Track your package or shipment with FedEx Tracking                    Page 1 of 1



Ship    Track    Manage    Learn    FedEx Office ®

My Profile   Support   Locations   English    Search   Subm

Login

## FedEx ® Tracking

**803785449696**

Ship date                                          Actual delivery
**Thu 12/17/2015**                                 **Fri 12/18/2015 11:43 am**

BUR US                    **Delivered**            CT US
                          Signature not required

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **12/18/2015 - Friday** | | |
| 11:43 am | Delivered Left at front door. Package delivered to recipient address - release authorized | CT |
| 9:15 am | On FedEx vehicle for delivery | NORTH HAVEN CT |
| 8:40 am | At local FedEx facility | NORTH HAVEN CT |
| 4:19 am | Departed FedEx location | NEWARK NJ |
| 12:03 am | Arrived at FedEx location | NEWARK NJ |
| **12/17/2015 - Thursday** | | |
| 3:47 pm | Picked up | BURBANK CA |

### Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 803785449696 | **Service** | FedEx Standard Overnight |
| **Delivered To** | Residence | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday  Residential Delivery | | |

Search   Subm

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations

**Featured Services**
FedEx One Rate
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

© FedEx 1995-2016                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**EXHIBIT**

E

PENGAD 800-831-6989

**FedEx** Express   *NEW Package*   *US Airbill*   Tracking Number  **8037 8544 9711**

0200

**From** *Please print and press hard.*

Date: 12/17/2015   Sender's FedEx Account Number: 5002-2050-3

Sender's Name: Matthew Zappala, Esq.   Phone: 781 , 238-7046

Company: Enforcement Division, Northeast Team

Address: 12 New England Executive Park

City: Burlington   State: MA   ZIP: 01803

**Your Internal Billing Reference**

**To**

Recipient's Name: Bret Haughwout   Phone (      )

Company:

Address: 7 Egypt Lane

Address:

City: Clinton   State: CT   ZIP: 06413

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4  Express Package Service**   *To most locations.*

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5  Packaging**

- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6  Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [X] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7  Payment** *Bill to:*

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value

644

---

**FedEx** Express   *NEW Package*   *US Airbill*   Tracking Number  **8037 8544 9696**

0200   Sender's Copy

**From** *Please print and press hard.*

Date: 12/17/2015   Sender's FedEx Account Number: 5002-2050-3

Sender's Name: Matthew Zappala, Esq.   Phone: 781 , 238-7046

Company: Enforcement Division, Northeast Team

Address: 12 New England Executive Park

City: Burlington   State: MA   ZIP: 01803

**Your Internal Billing Reference**

**To**

Recipient's Name: Austin Haughwout   Phone (      )

Company:

Address: 7 Egypt Lane

Address:

City: Clinton   State: CT   ZIP: 06413

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4  Express Package Service**   *To most locations.*

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5  Packaging**

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6  Special Handling and Delivery Signature Options**

- [ ] SATURDAY Delivery
- [X] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?

- [X] No
- [ ] Yes
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7  Payment** *Bill to:*

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages   Total Weight   Total Declared Value

644