UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, Petitioner, | Case No. _____ |
| v. | |
| AUSTIN HAUGHWOUT and BRET HAUGHWOUT, Respondents. | |

## ORDER TO SHOW CAUSE

Upon the Petition for Enforcement of Administrative Subpoena and supporting papers filed by the petitioner, Michael Huerta, Administrator, Federal Aviation Administration, and upon the Declaration of Brendan A. Kelly, Managing Attorney, Office of the Chief Counsel, Enforcement Division, it is hereby ORDERED that the above-named respondents appear before this court, located at _____ _____, in Room _____, on _____, 2016, at _____ o'clock _____, then and there to show why the relief requested in the Petition for Enforcement of Administrative Subpoena should not be granted.

It is further ORDERED that a copy of this order, together with the papers upon which it is issued, be served personally upon the respondents or served using another method as ordered by the court on or before _____, 2016.

Dated: _____, 2016       _____
at   _____, Connecticut    United States District Court Judge