UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration,<br>    *Petitioner*,<br><br>    v.<br><br>AUSTIN HAUGHWOUT and BRET HAUGHWOUT,<br>    *Respondents*. | No. 3:16-mc-00020 (JAM) |

ORDER TO SHOW CAUSE

Upon the Petition for Enforcement of Administrative Subpoena and supporting papers filed by the petitioner, Michael Huerta, Administrator, Federal Aviation Administration, and upon the Declaration of Brendan A. Kelly, Managing Attorney, Office of the Chief Counsel, Enforcement Division, it is hereby ORDERED that the above-named respondents appear before this Court, located at 141 Church St., New Haven, CT 06511, in Courtroom Three, on March 1, 2016 at 3:00 o'clock, then and there to show why the relief requested in the Petition for Enforcement of Administrative Subpoena should not be granted.

It is further ORDERED that a copy of this order, together with the papers upon which it is issued, be served personally upon the respondents or served using another method as ordered by the Court.

It is so ordered.

Dated at New Haven this 23rd day of February, 2015.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge