**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Case number: 3:16-mc-00020-JAM

U.S. District Court

ss:   Clinton, February 24, 2016

District of Connecticut

Then and there by virtue hereof, I served the within named defendants, **AUSTIN HAUGHWOUT AND BRET HAUGHWOUT,** by leaving at the usual place of abode of said defendants, at 7 Egypt Lane, Clinton, CT., two (2) true and attested copies (one for each) of the original Order to Show Cause, Declaration of Brendan A. Kelly, Exhibits 1 through 9 with my endorsement thereon.

ATTEST:

FEES:
| | |
|---|---:|
| Service Fee | $ 60.00 |
| Copies | 100.00 |
| Endorsements | 1.20 |
| Travel | 25.00 |
| | $186.20 |

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY