Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK: Y. Gutierrez   RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: ____ hours  33  minutes

DATE: 3/1/2016   START TIME: 3:17   END TIME: 3:50

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16-mc-00020-JAM

Michael Huerta

vs

Austin Haughwout, et al.

John W Larson
Plaintiff's Counsel

Pro Se
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [x] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [ ] Miscellaneous Hearing

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] |  | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] |  | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] |  | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] |  | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

- [ ] Briefs(s) due _____ Proposed Findings due _____ Response due _____
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Hearing continued until _____ at _____

Notes: