# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HUERTA | : | |
| | : | Case No. 3:16-cv-358 (JAM) |
| v. | : | |
| | : | |
| AUSTIN HAUGHWOUT et al. | : | May 11, 2016 |

## MOTION TO ALLOW APPEARANCE PRO HAC VICE

In accordance with local rule 83.1 (d), I move to admit Mario Cerame pro hac vice for the purpose representing **both of the respondents, Austin and Bret Haughwout**.

BY,

\_\_/s/\_\_ *Matthew Sadler*_____
Matthew Sadler
Fed. Bar No.: ct29008
Sadler Law Group, LLC
6 West River Street, No. 30
Milford, CT 06460
Phone: (203) 951-1360
Fax:    (203) 306-3326
msadler@sadlerlawgroup.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL HUERTA            :
                          :  Case No. 3:16-cv-358 (JAM)
v.                        :
                          :
AUSTIN HAUGHWOUT et al.   :  May 11, 2016

### AFFIDAVIT CONCERNING PRO HAC VICE APPEARANCE

I affirm under penalty of perjury that:

1. **Until about May 19, 2016**, my office address is:

   Fazzano & Tomasiewicz, LLC
   96 Oak Street
   Hartford, CT 06514

   Telephone:   (860) 231-7766 x15
   Cell:        (607) 351-3820
   Fax:         (860) 560-7359

   **As of May 20, 2016 or thereabouts**, my office address shall be:

   Randazza Legal Group, LLC
   4035 S. El Capitan Way
   Las Vegas, NV 89147

   Telephone:   (702) 420-2001
   Cell:        (607) 351-3820
   Fax:         (305) 437-7662

   **Because my professional email address is changing**, I request to use

   mariokcerame@gmail.com

   for this case.

2. I am a member of the Connecticut state bar, and my bar number is 433928.
   I am a member of the Ninth Circuit Court of Appeals bar, appearing solely in 15-16415.

3. I have no pending disciplinary complaints.

4. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. The sponsoring attorney, Matthew Sadler, is my agent for service of process and the District of Connecticut is the forum for the resolution of any dispute arising out of my admission.

Mario Cerame
Fazzano & Tomasiewicz, LLC
96 Oak Street
Hartford, CT 06106
Phone: 860.231.7766
Fax:    860.231.7359
mcerame@ftlawct.com

Mario Cerame appeared before me this eleventh day of May, in the year 2016, and signed as above.

Notary Public
Susan A. Emond
My Commission Expires: 1/31/2018

# EXHIBIT B

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at   New Haven   on the   6th   day of   December, 2013.

Mario Kenneth Cerame

of

Hamden, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* September 16, 2015.



*Paul S. Hartan*
*Chief Clerk*