UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Huerta** <br> *Plaintiff* | ) ) ) | |
| v. | ) ) ) | Case No.   **Case No. 3:16-cv-358 (JAM)** |
| **Austin Haughwout et al.** <br> *Defendant* | | |

NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**AUSTIN AND BRET HAUGHWOUT**                                                                                              .

Date:

**/s/ Mario Cerame**
*Attorney's signature*

**Mario Cerame phv07800**
*Printed name and bar number*

**96 Oak Street Hartford CT 06106**

*Address*

**mariokcerame@gmail.com**
*E-mail address*

**607.351.3820**
*Telephone number*

**860.560.7359**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Mario Cerame phv07800**
*Attorney's signature*