UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, | : : : Case No. 3:16-cv-358 (JAM) |
| Petitioner, | : : |
| v. | : : |
| AUSTIN HAUGHWOUT and BRET HAUGHWOUT, | : June 15, 2016 : : |
| Respondents. | : |

**NOTICE OF CHANGE OF ADDRESS**

Attorney Mario Cerame files this Notice of Change of Address in the above-captioned case, pursuant to D. Conn. L. Civ. R. 83.1(c)(3). All future pleadings, motions, memoranda, correspondence, orders, etc. shall be sent to:

>Mario Cerame
>RANDAZZA LEGAL GROUP, PLLC
>100 Pearl Street, 14th Floor
>Hartford, Connecticut 06103
>Tel:  (702) 420-2001
>Fax:  (305) 437-7662
>mkc@randazza.com

Dated: June 15, 2016.               Respectfully submitted,

/s/ Mario Cerame
Mario Cerame, phv07800
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:    (702) 420-2001
Fax:    (305) 437-7662
ecf@randazza.com

*Attorney for Respondents*

Case No. 3:16-cv-358 (JAM)

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of June, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mario Cerame
Mario Cerame, phv07800
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:   (702) 420-2001
Fax:   (305) 437-7662
ecf@randazza.com