UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, | : : : Case No. 3:16-cv-358 (JAM) |
| Petitioner, | : |
| v. | : : |
| AUSTIN HAUGHWOUT and BRET HAUGHWOUT, | : : June 15, 2016 |
| Respondents. | : : |

## NOTICE OF FILING CERTIFICATE OF GOOD STANDING

PLEASE TAKE NOTICE that Attorney Mario K. Cerame, counsel for Respondents Austin and Bret Haughwout, hereby files his Certificate of Good Standing issued on May 17, 2016 by the Supreme Court of the State of Connecticut, attached hereto as **Exhibit 1**.

On May 11, 2016, attorney Matthew Sadler, counsel for Respondents, moved this Court to admit the undersigned to appear in this case as a visiting attorney pursuant to D. Conn. L. Civ. R. 83.1(d).  *See* Doc. No. 12.  On May 12, 2016, this Court granted Mr. Sadler's Motion and requested that the undersigned file a Certificate of Good Standing compliant with D. Conn. L. Civ. R. 83.1(d)(4) by July 11, 2016.  *See* Doc. No. 13.

In light of the foregoing, Attorney Mario K. Cerame hereby files his Certificate of Good Standing as requested.

Dated: June 15, 2016.

Respectfully submitted,

/s/ Mario Cerame
Mario Cerame, phv07800
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:   (702) 420-2001
Fax:   (305) 437-7662
ecf@randazza.com

*Attorney for Respondents*

Case No. 3:16-cv-358 (JAM)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of June, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mario Cerame
Mario Cerame, phv07800
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:   (702) 420-2001
Fax:   (305) 437-7662
ecf@randazza.com