# <u>EXHIBIT 1</u>

Supreme Court of Connecticut
Certificate of Good Standing

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at New Haven on the 6th day of December, 2013.

Mario Kenneth Cerame

of

Hartford, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day May 17, 2016.

Paul S. Hartan
Chief Clerk