UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA, Administrator, Federal Aviation Administration, | : : : Case No. 3:16-cv-358 (JAM) |
| Petitioner, | : : |
| v. | : : |
| AUSTIN HAUGHOUT and BRET HAUGHWOUT, | : : July 8, 2016 : |
| Respondents. | : |

### REVISED MOTION FOR ATTORNEY JAY WOLMAN TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Attorney Jay Wolman respectfully requests to withdraw his appearance for the Respondents in the above matter. Attorney Matthew Sadler will remain as Respondents' local counsel, Attorney Mario Cerame also remains Plaintiff's counsel, and all parties have been notified. As set forth in the below certificate of service, a copy of this motion is being served upon the Respondents by certified mail. Petitioner and Respondents have otherwise notified the undersigned of their consent to his withdrawal.[1]

Dated: July 8, 2016.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (702) 420-2001
Fax: (305) 437-7662
jmw@randazza.com

*Attorney for Respondents*

---

[1] Subsequent to the filing of the original Motion for Withdrawal (Doc. No. 27), Respondent Austin Haughwout communicated his consent to undersigned counsel.

Case No. 3:16-cv-358 (JAM)

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of July, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that I have transmitted a true and correct copy of the foregoing document via USPS certified mail, postage prepaid, to be delivered to:

AUSTIN HAUGHOUT, 7 Egypt Lane, Clinton, CT 06413.

BRET HAUGHWOUT, 7 Egypt Lane, Clinton, CT 06413.

/s/ Jay M. Wolman
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:   (702) 420-2001
Fax:   (305) 437-7662
jmw@randazza.com