# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HUERTA<br>*ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION*,<br>    Petitioner,<br><br>        v.<br><br>AUSTIN HAUGHWOUT, BRET HAUGHWOUT<br>    Respondent. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No: 3:16-cv-00358(JAM)<br>:<br>:<br>:<br>: |

## **JUDGMENT**

This matter came for consideration on petitioner's motion for enforcement of administrative subpoenas before the Honorable Jeffrey Alker Meyer, United States District Judge.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order (#30) on July 19, 2016, granting the Petition for Enforcement of Administrative Subpoena. Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED, that judgment is granted in favor of petitioner Michael Huerta against respondents Austin Haughwout, Bret Haughwout. This case is closed.

Dated at New Haven, Connecticut this 21th day of July 2016.

                                                                ROBIN D. TABORA, Clerk


                                                                By /s/ Yelena Gutierrez
                                                                Deputy Clerk

EOD:   July 21, 2016